**Dismissed and Opinion Filed October 21, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-01260-CR
No. 05-15-01261-CR
No. 05-15-01262-CR
No. 05-15-01263-CR

**TROY LEE PERKINS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F07-00645-S, F07-71769-S, F07-71970-S, F07-71990-S**

## MEMORANDUM OPINION

Before Justices Lang, Evans, and Whitehill
Opinion by Justice Evans

Troy Lee Perkins was convicted on his negotiated guilty pleas of four aggravated robberies and sentenced to twelve years' imprisonment in each case. The sentences were imposed in open court on January 7, 2008, and appellant did not appeal at that time. The Court now has before it appellant's October 16, 2015 notice of appeal. The notice does not indicate there is a newly-entered appealable order. Rather, appellant seeks to "appeal [the 2008] convictions, withdraw his guilty plea, reverse the…convictions, [and] remand the cases back to the trial court" for a new trial.[1] We dismiss the appeals for want of jurisdiction.

---

[1] We note that this group of appeals is appellant's seventh attempt since 2012 to appeal some or all of the 2008 convictions. The previous appeals, which were all dismissed for want of jurisdiction, include cause nos. 05-14-01546/01547-CR (Tex. App.—Dallas Dec. 10, 2014, pet.

"A timely notice of appeal is necessary to invoke appellate jurisdiction." *Blanton v. State*, 369 S.W.3d 894, 902 (Tex. Crim. App. 2012). Appellant's October 16, 2015 notice of appeal is untimely as to the January 7, 2008 sentencing date. *See* TEX. R. APP. P. 26.2(a)(1); *Slaton*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998) (per curiam); *Olivo v. State*, 918 S.W.2d 519, 523 (Tex. Crim. App. 1996). Further, this Court has no authority to grant appellant out-of-time appeals, nor do we have jurisdiction to entertain a collateral attack on his final felony convictions. *See* TEX. CODE CRIM. P. ANN. arts. 11.05, 11.07 (West 2015); *Board of Pardons & Paroles ex rel. Keen v. Court of Appeals for Eighth Dist.*, 910 S.W.2d 481, 484 (Tex. Crim. App. 1995) (orig. proceeding).

We dismiss the appeals for want of jurisdiction.


/David W. Evans/
DAVID EVANS
JUSTICE


Do Not Publish
TEX. R. APP. P. 47
151260F.U05

---

ref'd); 05-14-00826‒00829-CR (Tex. App.——Dallas July 2, 2014, no pet.); 05-14-00460‒00463-CR (Tex. App.——Dallas Apr. 17, 2014, no pet.); 05-14-00091‒00094-CR (Tex. App.——Dallas Feb. 3, 2014, pet. ref'd); 05-13-01119‒01122-CR (Tex. App.——Dallas Sept. 11, 2013, pet. ref'd); 05-12-01511-CR (Tex. App.——Dallas Dec. 13, 2012, no pet.); and 05-12-0151201514-CR (Tex. App.——Dallas Nov. 28, 2012, no pet.).



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

TROY LEE PERKINS, Appellant

No. 05-15-01260-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 282nd Judicial District Court, Dallas County, Texas
Trial Court Cause No. F07-00645-S.
Opinion delivered by Justice Evans, Justices Lang and Whitehill participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered this 21st day of October, 2015.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

TROY LEE PERKINS, Appellant

No. 05-15-01261-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 282nd Judicial District Court, Dallas County, Texas
Trial Court Cause No. F07-71769-S.
Opinion delivered by Justice Evans, Justices Lang and Whitehill participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.


Judgment entered this 21st day of October, 2015.



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

TROY LEE PERKINS, Appellant

No. 05-15-01262-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 282nd Judicial District Court, Dallas County, Texas
Trial Court Cause No. F07-71970-S.
Opinion delivered by Justice Evans, Justices Lang and Whitehill participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered this 21st day of October, 2015.



# Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

TROY LEE PERKINS, Appellant

No. 05-15-01263-CR        V.

THE STATE OF TEXAS, Appellee

On Appeal from the 282nd Judicial District Court, Dallas County, Texas
Trial Court Cause No. F07-71990-S.
Opinion delivered by Justice Evans, Justices Lang and Whitehill participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.


Judgment entered this 21st day of October, 2015.